

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

In Re:                                               Case No. 05-90005-BKC-RBR
                                                     Chapter 7 Proceeding

LEFKOVITZ, EDWIN

_____Debtor(s)_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY CLERK

**NOTICE IS HEREBY GIVEN THAT:**

**KENNETH A. WELT,** Has a balance of $0.11 remaining in his bank account. The Trustee has made diligent efforts to locate the claimants deserving these dividends but was unsuccessful. Attached and made part of this notice is a list, pursuant to BR 3011 of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of the estate.

Dated: June 28, 2010

                                                   By: */S/ Kenneth A. Welt, Trustee*
                                                       Kenneth A. Welt, Trustee
                                                       1844 N Nob Hill Road, #615
                                                       Plantation, FL  33322-6548
                                                       Tel (954) 889-3403 ext. 106
                                                       Fax (954) 530-3080
                                                       e-mail: kaw@kawpa.com

Printed: 06/28/10 02:20 PM

Page: 1

# Claims Distribution Small Checks

Trustee: KENNETH A. WELT (290240)

Case: 05-90005 - LEFKOVITZ, EDWIN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9280078249466 | 10138 | 06/18/10 | 2 | 10/16/05 | 610 | Payee: UNITED STATES COURTS<br>Ronald & Terri Hott<br>110 Palm Harbour Blvd.<br>Panama City Beach, FL 32408 | 600.00 | 600.00 | 1.43 | 0.11 |

Check Amount: $0.11

(*) Denotes objection to Amount Filed